**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

AHMED ZAID SALEM ZUHAIR,  )

          )

          )

     Petitioner, )

          )

          ) Civ. No. 08-0864 (EGS)

    v.     )

          )

GEORGE W. BUSH, _et al.,_  )

          )

     Respondents. )

_____  )

## ORDER

Pursuant to the Court's Order of December 22, 2008 and Federal Rule of Evidence 706, and for the reasons stated in the hearings held in open court on December 18, 2008 and January 15, 2009, it is hereby

**ORDERED** that Dr. Emily A. Keram is appointed as the Court's independent medical expert and shall perform a comprehensive medical and psychiatric evaluation of Petitioner Ahmed Zaid Salem Zuhair and transmit to the Court a report and any recommendations regarding Petitioner's health status.  The report shall not be filed on the public docket, however, the Court will provide copies to counsel for the parties.  It is further

**ORDERED** that Professor Charles Schmitz is appointed as the Court's independent translator to assist Dr. Keram as appropriate.  It is further

**ORDERED** that Dr. Karem and Professor Schmitz shall forthwith be provided transportation to Guantanamo Bay, Cuba and access to the Petitioner at the Guantanamo Bay, Cuba detention facility.

**SO ORDERED.**

**SIGNED:    Emmet G. Sullivan**
**United States District Judge**
**January 16, 2009**